## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:24-cr-39-SE-AJ |
| v. ) | |
| ) | |
| TYLER ANDERSON ) | |
| ) | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The United States of America, by Jane E. Young, United States Attorney for the District of New Hampshire, respectfully moves pursuant to Fed. R. Crim. P. 48 to dismiss the April 24, 2024 Indictment in this case. The government has learned that the defendant is deceased. There is no case or controversy.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: June 27, 2024

By: /s/ Charles L. Rombeau
Charles L. Rombeau
Matthew Vicinanzo
Assistant United States Attorney
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552